UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HERLEY INDUSTRIES, INC., d/b/a/ :
ULTRA ELECTRONICS HERLEY :
      Plaintiff, :
    v. : No. 5:20-cv-02888
       :
R CUBED ENGINEERING, LLC :
      Defendant. :

**O R D E R**

**AND NOW**, this 5th day of November, 2020, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. Plaintiff's Motion for Preliminary Injunction, ECF No. 6, is **DENIED without prejudice**[1] without a hearing.

2. Plaintiff's Motion for Expedited Discovery, ECF No. 7, is **DENIED**.

                        BY THE COURT:

                        */s/ Joseph F. Leeson, Jr.*
                        JOSEPH F. LEESON, JR.
                        United States District Judge

---

[1] If Plaintiff obtains additional evidence or circumstances change prior to trial, the motion may be renewed.