UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERLEY INDUSTRIES, INC., d/b/a/ ULTRA ELECTRONICS HERLEY | : <br> : <br> : |
| v. | :    No. 5:20-cv-02888 <br> : |
| R CUBED ENGINEERING, LLC | : |

**O R D E R**

**AND NOW**, this 22nd day of January, 2021, upon consideration of Defendant's partial Motion to Dismiss for Failure to State a Claim, ECF No. 18, Plaintiff's response thereto, ECF No. 25, Defendant's reply to that response, ECF No. 26, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

    1.    Defendant's motion, ECF No. 18, is **GRANTED in part** and **DENIED in part** as follows:

        A.    The following claims are **DISMISSED with prejudice**:

            a.    Preliminary Injunctive Relief – Count I;

            b.    Permanent Injunctive Relief – Count II; and

            c.    Conversion of Monies under Purchase Order 5 – Count VIII.

        B.    The following claims are **DISMISSED without prejudice**:

            a.    Violation of the Defend Trade Secrets Act – Count III

            b.    Violation of Pennsylvania Uniform Trade Secrets Act – Count IV

            c.    Conversion of Intellectual Property – Count V

      C.      The request to dismiss the following claim is **DENIED**:[1]

          a.      Breach of Contract – Teaming Agreement – Count VI

    2.    **Within twenty days of the date of this Order**, Plaintiff may, consistent with the Court's Opinion, file an amended complaint as to those claims dismissed without prejudice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] This claim, as well as the claims for breach of Purchase Order 5, Count VII, and Unjust Enrichment, Count IX, which R3E did not move to dismiss, may proceed.