UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| HERLEY INDUSTRIES, INC., *d/b/a/* ULTRA ELECTRONICS HERLEY, Plaintiff, | : : : : : | |
| v. | : : | No. 5:20-cv-02888 |
| R CUBED ENGINEERING, LLC, Defendant. | : : : | |

**O R D E R**

**AND NOW**, this 12th day of October, 2021, upon consideration of Plaintiff's Motion for Reconsideration of Sanctions,[1] ECF No. 87, Defendant's Motion for Partial Summary Judgment, ECF No. 95, Plaintiff's response thereto, ECF Nos. 98 and 99, Defendant's reply in support, ECF No. 102, and for the reasons set forth in this Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. Plaintiff's Motion for Reconsideration of Sanctions, ECF No. 87, is **DENIED**.

2. Defendant's Motion for Partial Summary Judgment, ECF No. 95, is **GRANTED**.

3. **JUDGMENT IS ENTERED** in Defendant's favor and against Plaintiff on Counts I, II, and III of Plaintiff's Amended Complaint.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Plaintiff seeks reconsideration of this Court's Order dated July 1, 2021. *See* ECF No. 76. Therein, this Court denied Plaintiff's motion for sanctions against R3E. *See id.*